TEMBEC, INC., Plaintiff–Appellee,

and

Abitibi–Consolidated, Inc., Plaintiff–Appellee,

and

Canadian Lumber Trade Alliance, Plaintiff–Appellee,

and

Gouvernement Du Quebec, Plaintiff–Appellee,

and

Government of Ontario, Plaintiff–Appellee,

and

Government of British Columbia, Plaintiff–Appellee,

and

Government of Canada, Plaintiff–Appellee,

and

Government of Alberta, Plaintiff–Appellee,

v.

UNITED STATES, Defendant– Appellant,

and

Coalition for Fair Lumber Imports Executive Committee, Defendant– Appellant.

Nos. 2007–1102, 2007–1111.

United States Court of Appeals, Federal Circuit.

June 8, 2007.

ON MOTION

*ORDER*

Upon consideration of the unopposed

motions to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) All sides shall bear their own costs.